## SNOW ET AL. V. ANTRIM.

·THE defendant, in this case, was under the care of a conservator. His counsel, the last term, pleaded in abatement, that the conservator was not notified of the suit. The court refused to abate the process; but ordered the action continued, that the conservator might be notified. The plaintiffs took out a citation for that purpose, but through mistake it was not served but a few days before the session of court.

Mr. Dixon now moved, that the action might be erased from the docket, because the conservator had not been legally notified of the suit, agreeably to the order of court last term.

Mr. Chandler objected, that the law does not require the same time to be observed in the service of such citation, as in case of original process.

By the COURT. This case is different from an original process. The action is well in court, and ought not to be discontinued.— If the conservator has had reasonable notice, it is all the law requires; — if the notice has been too short for him to be fully prepared for trial, the court will grant longer delay for him to make further preparation.